FILED
CLERK, U.S. DISTRICT COURT

APR 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFONZO D. KELLY, | No. ED CV 07-1448-PSG (PLA) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4/25/08

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE